U.S. DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA
FILED AUG 04 2023
CLERK

# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF LOUISIANA

### BILL OF INFORMATION FOR THEFT OF GOVERNMENT FUNDS AND FORFEITURE ALLEGATION

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NO. 23-66-JWD-RLB |
| *versus* | 18 U.S.C. § 641 |
| | 18 U.S.C. § 981(a)(1)(C) |
| CHRISTINA LOUISE BROWN | 28 U.S.C. § 2461(c) |

**THE UNITED STATES ATTORNEY CHARGES:**

Beginning on or about September 29, 2020, and continuing through on or about October 20, 2020, in the Middle District of Louisiana, **CHRISTINA LOUISE BROWN**, defendant herein, did embezzle, steal, purloin, and knowingly convert to her own use United States government funds exceeding $1,000, which funds had come into the possession and under the care of **BROWN** by virtue of her employment as a postal clerk by the United States Postal Service, knowing that the money was not hers and with the intent to deprive the United States of the use and benefit of the money.

The above is a violation of Title 18, United States Code, Section 641.

### FORFEITURE ALLEGATION

Upon conviction of the offense set forth in this Bill of Information, **CHRISTINA LOUISE BROWN**, defendant herein, shall forfeit to the United States of America, pursuant to Title 18, United States Code, Section 981(a)(1)(C), and Title 28, United States Code, Section 2461(c), any property, real or personal, which constitutes or is derived from proceeds traceable to the offense.

If any of the property described above, as a result of any act or omission of the defendant:

a. cannot be located upon the exercise of due diligence;

b. has been transferred or sold to, or deposited with, a third party;

c. has been placed beyond the jurisdiction of the court;

d. has been substantially diminished in value; or

e. has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c), and shall be entitled to seek a forfeiture money judgment.

All pursuant to Title 18, United States Code, Section 981(a)(1)(C), and Title 28, United States Code, Section 2461(c).

6-12-23
DATE

UNITED STATES OF AMERICA, BY

RONALD C. GATHE, JR.
UNITED STATES ATTORNEY
MIDDLE DISTRICT OF LOUISIANA

ELIZABETH E. WHITE
ASSISTANT UNITED STATES ATTORNEY

2

# Criminal Cover Sheet — U.S. District Court

**Place of Offense:**

City: Batchelor

County/Parish: Pointe Coupee Parish

*Investigating Agency: USPS-OIG

*Agent: Brandon Tullier

**Matter to be sealed:** ☐ Yes ☑ No

Related Case Information:

Superseding BOI _____ Docket Number _____
Same Defendant _____ New Defendant _____
Magistrate Case Number: _____
Search Warrant Case No.: _____
R 20/ R 40 from District of: _____
Any Other Related Cases: _____

**Defendant Information:**

Defendant Name: Christina Louise Brown

Alias: _____

Address: _____

Birthdate: _____ SS #: _____ Sex: ___ Race: _____ Nationality: _____

**U.S. Attorney Information:**

AUSA: Elizabeth E. White　　Bar #: LBN 36295

**Interpreter:** ☐ Yes ☑ No　　List language and/or dialect: _____

**Location Status:**

Arrest Date _____
_____ Already in Federal Custody as of
_____ Already in State Custody
_____ On Pretrial Release

**U.S.C. Citations:**

Total # of Counts: 1

| Code | Description of Offense Charged | Count(s) | Petty/Misdemeanor/Felony |
|---|---|---|---|
| 18:641 | Theft of Government Funds | 1 | F |
| | | | |
| | | | |
| | | | |

(May be continued on second sheet)

Date: 8/3/2023　　Signature of AUSA: _[signature]_